UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-34-1BR

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| STEPHON TYRONE WHITLEY | |

This matter is before the court on defendant's motion to seal his memorandum in support of his motion for a sentence reduction, (DE # 54), and the government's motion to seal its response brief, (DE # 57). The court concludes there are no grounds to justify sealing the subject documents, and therefore, the motions to seal are DENIED. In accordance with Local Criminal Rule 55.2(b)(3), for the court to consider the documents, the parties should publicly file the documents within three days.

This 1 July 2019.

_____
W. Earl Britt
Senior U.S. District Judge